# United States District Court
## For The Western District of North Carolina
### Statesville Division

KENNETH WAYNE GRAGG,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV82-1-V

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 29, 2009, Order.

Signed: July 29, 2009

Frank G. Johns, Clerk
United States District Court